In The United States District Court For Nebraska.

Samar Atkins  } 1983 Civil Federal.
v
Walmart, Valerie
Kimble N.E.O.C. investigator,   4:15cv 3007
Paula Harner N.E.O.C. sup, Barb
Albers. N.E.O.C. Director

Comes now the plaintiff according to 1983 Civil all applicable rules of F.R.C.P., 5th and 14th Amen of U.S.C.A. moves to show this court the following:

1. That the N.E.O.C. made it's finding of no reasonable cause of discrimination denial of public accomadation on the basis of race, color and retaliation. around Sept. or Oct 2014.

2. Plaintiff alleges that he was discriminated on the bases of race, color, and retaliation when he went to Walmart in the summer of 2014 to cash a check. And he was denied service by the named employee in the N.E.O.C. complaint because he complained to her superior that she needed help because too many people were waiting for assistance in the line and she was working by herself. Plaintiff then began

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2015 JAN 14 PM 1:06

holding a conversation with a African American woman about racism within America and Walmart within the employees presence. Then when it was my turn to cash my check she became hostile and said the machine wouldn't allow her to cash my check, the machine didn't work, but it worked properly for her for everybody before me. I then called for the supervisor and the supervisor asked her why she couldn't cash my check, she again said the machine's didn't work. Her supervisor then took my check placed it in her machine it then worked properly for him. So I asked the employee for her identification, then she took her name tag off and began waving it in my face, hitting me in the nose. I then called the sup. again and he said she would be disciplined later, so I then called the police and made a report. I must mention this employee is a white female, and I am a African American male.
Valerie Kimble of the N.E.O.C. investigated the case. I informed her of the name of the African American woman who was present at Walmart for a

witness, she refused to contact the witness. She also refused to question Walmart as to how the employee was disciplined but I was never contacted by Walmart for a apology, compensation etc., and she then submitted the case. I then complained about this to her sup. Paula Garner because this is the second time I had a issue with Ms. Kimble not fulfilling her dutys in investigations against Walmart Ms. Garner refused to act. I then spoke to Barb Albers who is the director of the N.E.O.R. about the incident she refused to act. I must mention Paula Garner and Barb Albers are both white females, who I've had a history of complaints against.

Also this is the second charge I filed against Walmart, so I feel they were acting in retaliation for my previous claim, and Ms. Kimble, Ms. Garner, and Ms. Albers were acting in retaliation as well because of previous complaints I made against them.

To deny me service and assault